UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ANTONIO RAMOS,

    Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

No. 2:25-cv-10621-JDE

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

   Based upon the parties' Stipulation (Dkt. 17), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,100.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 18, 2026 _____

          _____
          JOHN D. EARLY
          United States Magistrate Judge